IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

AUNDREA LANETTE MASON §
§
VS. § ACTION NO. 4:19-CV-580-Y
§
ANDREW SAUL, COMMISSIONER, §
SOCIAL SECURITY ADMINISTRATION §

ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

The Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendations of the United States magistrate judge filed on August 12, 2020; and

3. Plaintiff's objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on August 25, 2020.

Plaintiff makes the same arguments in his objections that were addressed in great detail in the magistrate judge's findings. This Court, after de novo review, concludes that the commissioner's decision should be affirmed for the reasons stated in the magistrate judge's findings.

It is ORDERED that the findings, conclusions, and recommendation of the magistrate judge should be and are hereby ADOPTED. The decision of the commissioner is AFFIRMED.

SIGNED September 16, 2020.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE